UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| SHAWN L. COX, ) | |
| ) | 04- 2214 |
| Plaintiff, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | |
| RESTAURANT EFUND, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

FILED
OCT 01 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### PRELIMINARY STATEMENT

1. This action seeks redress for the illegal practices of Defendant in connection with the collection of debts. The Complaint alleges that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling plaintiff to relief.

### JURISDICTION

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3. Plaintiff, Shawn L. Cox, is an individual who resides in Charleston, Coles County, Illinois.

4. Defendant, Restaurant eFund, is a business entity with a place of business located at 1031 E. Battlefield, Suite 213A, Springfield, MO 65807.

5. Defendant, Restaurant eFund, is engaged in the business of debt collection.

6. Sometime prior to May 10, 2004, Plaintiff wrote two NSF checks to Papa John's in Charleston, Coles County, Illinois.

7. Papa John's either sold the debts to Defendant Restaurant eFund or placed the debts with Defendant Restaurant eFund for collection.

8. On May 10, 2004, Defendant Restaurant eFund created a debt collection letter and sent it to the Plaintiff at his residence in Charleston, Illinois. A copy of the letter is attached hereto and incorporated herein by reference as Exhibit A.

9. The letter states, "Failure to contact us upon receipt of this letter will be interpreted as an attempt to use a worthless check to obtain goods fraudulently."

10. Defendant Restaurant eFund violated sections 1692e, 1692e(4), 1692e(5), and 1692e(10) by falsely implying that the Plaintiff committed a crime and that nonpayment of a debt will result in arrest or imprisonment.

11. As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor and against defendant Restaurant eFund for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

SHAWN L. COX, Plaintiff

Dated: September 30, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:   (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Shawn J. Cox

## DEFENDANTS
Restaurant eFund

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
(217) 345-6222   Fax: (217) 345-6232

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of suit checkboxes — none marked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes   No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: SEPTEMBER 30, 2004
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY