E-FILED

Tuesday, 12 October, 2004  03:56:56 PM

Clerk, U.S. District Court, ILCD

Restaurant eFund
1031 E. Battlefield, Suite 213A
Springfield, MO 65807


May 10, 2004



Shawn L Cox
120 11Th Street
Charleston, IL 61920


Dear Shawn L Cox,

This firm represents the merchant listed below regarding a check that you
gave them for their services.  The check was dishonored by your bank and
returned without payment.

This is notice that you have 10 days to pay the returned item and the
related state allowed service fee.  If you are unable to forward payment
IMMEDIATELY, you MUST contact us at 417-885-1277 to prevent further
collection attempts.  If your check was returned for insufficient funds, we
will be re depositing the check into your account immediately along with the
state allowed fee plus sales tax.

| Check # | Amount | Fee | Paid | Due | Account # | Issued |
|---------|--------|-------|-------|-------|------------|----------------|
| 0474 | 10.00 | 35.00 | 0.00 | 45.00 | 2622003217 | Papa John's #30 |
| 0478 | 12.00 | 37.50 | 12.00 | 37.50 | 2655003217 | Papa John's #30 |
| Total | 22.00 | 72.50 | 12.00 | 82.50 | | |

Payment should be mailed in the form of a money order to:
                                Restaurant eFund
                                1031 E. Battlefield, Suite 213A
                                Springfield, MO 65807

Failure to contact us upon receipt of this letter will be interpreted as an
attempt to use a worthles check to obtain goods fraudulently.

This is an attempt to collect a debt, any information obtained will be used
for that purpose. For information regarding the Fair Debt Collections
Practices Act, see
www.ftc.gov/os/statutes/fdepa/fdepact.htm

Thank you,

Shelley Joe
Collection Manager