UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| SHAWN L. COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 04-2214 |
| vs. | ) |
| | ) Jury Trial Demand |
| RESTAURANT EFUND, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

RESTAURANT EFUND

Date: _October 17, 2004_

FILED
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

_____
Signature

E. Lee Waite, II
Print Name

1500 Broadway Ave., P.O. Box 649
Address

Mattoon, IL 61938
City, State, Zip Code

(217) 235-5651
Phone Number