E-FILED
Thursday, 28 October, 2004  03:48:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| SHAWN L. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 04-2214 |
| vs. | ) | |
| | ) | Jury Trial Demand |
| RESTAURANT EFUND, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of October 2004 a copy of the *Entry of Appearance* and *Motion to Dismiss* was deposited in a United States Postal Service box in Mattoon, Illinois, in an envelope with proper postage prepaid and addressed to the following:

Roy Jackson Dent
Brankey & Smith
622 Jackson Ave.
Charleston, IL 61920

United States District Court
Danville/Urbana Division
218 U.S. Courthouse
201 South Vine St.
Urbana. IL 61802

_____
E. Lee Waite, II

The Law Firm of
DILSAVER & NELSON
1500 Broadway Avenue
P.O. Box 649
Mattoon, IL 61938
Ph: (217) 235-5651; Fax (217) 235-5255