E-FILED
Thursday, 11 November, 2004 04:47:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| SHAWN L. COX, | ) |
| Plaintiff, | ) 04-2214 |
| | ) Jury Trial Demand |
| vs. | ) |
| | ) Judge Harold A. Baker |
| RESTAURANT EFUND, | ) |
| | ) Magistrate Judge David G. Bernthal |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A)**

NOW COMES Plaintiff SHAWN L. COX, by and through his attorneys, BRANKEY & SMITH, P.C., and respectfully notifies the Court that the initial disclosure has been served.

SHAWN L. COX, Plaintiff

Dated: November 11, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:   (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A) has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

E. Lee Waite, II
Dilsaver & Nelson
1500 Broadway Avenue
Mattoon, IL 61938

SHAWN L. COX, Plaintiff

Dated: November 11, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:   (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

2