UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| SHAWN L. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 04-2214 |
| vs. | ) | |
| | ) | **Jury Trial Demand** |
| RESTAURANT EFUND, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of November 2004 a copy of *Defendant's Objections to Plaintiff's First Request for Admissions Directed to Defendant Restaurant eFund, Defendant's Objections to Plaintiff's Set of Interrogatories Directed to Defendant Restaurant eFund,* and *Defendant's Objections to Plaintiff's First Request for Production of Documents Directed to Defendant Restaurant eFund* was deposited in a United States Postal Service box in Mattoon, Illinois, in an envelope with proper postage prepaid and addressed to the following:

Roy Jackson Dent
Brankey & Smith
622 Jackson Ave.
Charleston, IL 61920


/s/ E. Lee Waite, II


The Law Firm of
DILSAVER & NELSON
1500 Broadway Avenue
P.O. Box 649
Mattoon, IL 61938
Ph: (217) 235-5651; Fax (217) 235-5255