UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| SHAWN L. COX, | ) |
| | ) 04-2214 |
| Plaintiff, | ) |
| | ) Jury Trial Demand |
| vs. | ) |
| | ) Judge Harold A. Baker |
| RESTAURANT EFUND, | ) |
| | ) Magistrate Judge David G. Bernthal |
| Defendant. | ) |

### STIPULATION TO DISMISS

NOW COME Plaintiff SHAWN L. COX, by and through his attorneys, Brankey & Smith, P.C., and Defendant RESTAURANT EFUND, by and through its attorneys, Dilsaver & Nelson, and stipulate that the above-captioned cause has been compromised and settled and should be dismissed with prejudice and with each party bearing its own costs.

Dated: December 14, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

s/E. Lee Waite, II
E. Lee Waite, II
Dilsaver & Nelson
1500 Broadway Avenue
Mattoon, IL 61938
Phone: (217) 235-5651
Facsimile: (217) 235-5255
E-Mail: leewaite@dilsaver-nelson.com

Attorney for Defendant